# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

Keith Alexander
Plaintiff

v.

AMENDED

1:24-cv-00089-C
Civil Action No.

Key City Capital
Defendant

### COMPLAINT

Toshowncause to United State Disirict of Teas subject to thes condition of Rental property where would support this claims An ameded pleading factual allegations Plaintiff show under Texas Tenats Right this allege fact determination Rent propery Key City Capital has apparently Breached the lease: No Human bieing subject Inhumane Condition: I pray the Amended Entitle to procced in forma pauperis to show cause:

Attach additional pages as needed.

Date: 06 24-24

Signature: Keith Alexander

Print Name: KEITH ALEXANDER

Address: 600 Westwood Dr. Apt. A3

City, State, Zip: Abilene Tx. 79603

Telephone: 325-232-3096

Keith  Alexander
600 Westwood Dr.
Apt. A3
Abilene, TX 79603

Civil Action
1:24-CV-089C

----

DEAR, Judge. SAM R. Cummings

Additionally, Plaintiff show CAUSE, Why this CASE should be trail before Court, support Jurisdiction CAUSE: No PERSON OR HUMAN be subject to live A Apt. with gene Shit feces Sinck Dishwesher Live in this contion Breached the LEASE under TEXAS tenats Right HARASSED And threat with A. gun, And My geust No HUMAN liveing subject to these INHUMANE coundtion I pleading elaborating on on facts to support any PROPER claim that Key City Captial Breached the LEASE of the condition of RENTAL PROPERTY: