IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| KEITH ALEXANDER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| KEY CITY CAPITAL, | ) |
| | ) |
| Defendant. | ) Civil Action No. 1:24-CV-089-C |

## JUDGMENT

In accordance with the Court's Order of even date finding that Plaintiff has failed to comply with a prior Order of the Court,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's claims in the above-styled and -numbered civil action are **DISMISSED WITHOUT PREJUDICE** for failure to invoke the Court's jurisdiction and comply with the Court's Show Cause Order.

Signed this 25th day of June, 2024.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE